John B. Sganga, Jr. (SBN 116,211)
john.sganga@knobbe.com
Sheila N. Swaroop (SBN 203,476)
sheila.swaroop@knobbe.com
Sean M. Murray (SBN 213,655)
sean.murray@knobbe.com
Baraa Kahf (SBN 261,144)
baraa.kahf@knobbe.com
Marissa Calcagno (SBN 279,783)
marissa.calcagno@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiffs and Counterdefendants
NOBEL BIOCARE SERVICES AG and
NOBEL BIOCARE USA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NOBEL BIOCARE SERVICES AG, a Swiss corporation, and NOBEL BIOCARE USA, LLC, a Delaware limited liability company,<br><br>Plaintiffs and Counterdefendants,<br>v.<br>NEODENT USA, INC., a Delaware corporation,<br><br>Defendant and Counterclaimant. | Civil Action No. SACV 14-1322 DOC (DFMx)<br><br>**NOBEL'S NOTICE OF MOTION TO DISMISS COUNTERCLAIMS 1-4**<br><br>Date: November 17, 2014<br>Time: 8:30 a.m.<br>Ctrm: 9D<br><br>Hon. David O. Carter |
| AND RELATED COUNTERCLAIMS | |

TO THE COURT, ALL PARTIES, AND COUNSEL OF RECORD:

Please take notice that on November 17, 2014, at 8:30 a.m., before the Honorable David O. Carter, in Courtroom 9D of the United States Courthouse for the Central District of California, Southern Division, located at 411 West 4th Street, Santa Ana, California 92701, Plaintiff and Counterdefendants Nobel Biocare Services AG and Nobel Biocare USA, LLC (collectively, "Nobel") will and hereby do move to dismiss Defendant and Counterclaimant Neodent USA, Inc.'s first, second, third, and fourth counterclaims under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim for relief.  The grounds for this motion are set forth in Nobel's memorandum submitted herewith.  This motion is based on this notice and the accompanying memorandum.  A proposed order will be filed concurrently herewith.

Pursuant to Local Rule 7-3, counsel for Nobel conferred with counsel for Neodent beginning on October 14, 2014, to inquire whether Neodent would be willing to amend its first four counterclaims and obviate the need for this motion.  Neodent disagreed with Nobel's position and declined to amend its pleading.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: October 20, 2014    By: */s/ Sean M. Murray*
John B. Sganga, Jr.
Sheila N. Swaroop
Sean M. Murray
Baraa Kahf
Marissa Calcagno

Attorneys for Plaintiffs
NOBEL BIOCARE SERVICES AG
NOBEL BIOCARE USA, LLC