John B. Sganga, Jr. (SBN 116,211)
john.sganga@knobbe.com
Sheila N. Swaroop (SBN 203,476)
sheila.swaroop@knobbe.com
Sean M. Murray (SBN 213,655)
sean.murray@knobbe.com
Baraa Kahf (SBN 261,144)
baraa.kahf@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiffs and Counterdefendants
NOBEL BIOCARE SERVICES AG and
NOBEL BIOCARE USA, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| NOBEL BIOCARE SERVICES AG, a Swiss corporation, and NOBEL BIOCARE USA, LLC, a Delaware limited liability company,<br><br>          Plaintiffs and Counterdefendants,<br>     v.<br><br>NEODENT USA, INC., a Delaware corporation,<br><br>          Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No.<br>SACV 14-1322 DOC (DFMx)<br><br>**JOINT STATUS REPORT ON THE STATUS OF THE ITC PROCEEDINGS**<br><br>Hon. David O. Carter |

Pursuant to the Court's December 5, 2014 Order (D.I. 35), Plaintiffs and Counterdefendants Nobel Biocare Services AG and Nobel Biocare USA, LLC (collectively, "Nobel") and Defendant and Counterclaimant Neodent USA, Inc. ("Neodent") respectfully submit this Joint Report on the Status of the ITC Proceedings, which concluded in October 2017.

Since the filing of the last Joint Report on July 5, 2018, the Federal Circuit affirmed the Final Written Decision in the *inter partes* review proceeding of asserted U.S. Patent No. 8,714,977. The time to seek rehearing and rehearing en banc has not yet run, and Nobel presently plans to seek rehearing. Meanwhile, the parties are currently discussing a settlement which would resolve this action.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: October 5, 2018     By:   /s/ *Baraa Kahf*
John B. Sganga, Jr.
Sheila N. Swaroop
Sean M. Murray
Baraa Kahf
*Attorneys for Plaintiffs and Counterdefendants*
NOBEL BIOCARE SERVICES AG and NOBEL BIOCARE USA, LLC

FOLEY & LARDNER LLP

Dated: October 5, 2018     By:   /s/ *Nicola A. Pisano* (with permission)
Nicola A. Pisano
Jose L. Patiño
Justin E. Gray
*Attorneys for Defendant and Counterclaimant*
NEODENT USA, INC.

28614330