John B. Sganga, Jr. (SBN 116,211)
john.sganga@knobbe.com
Sheila N. Swaroop (SBN 203,476)
sheila.swaroop@knobbe.com
Sean M. Murray (SBN 213,655)
sean.murray@knobbe.com
Baraa Kahf (SBN 261,144)
baraa.kahf@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Plaintiffs and Counterdefendants
NOBEL BIOCARE SERVICES AG and
NOBEL BIOCARE USA, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NOBEL BIOCARE SERVICES AG, a Swiss corporation, and NOBEL BIOCARE USA, LLC, a Delaware limited liability company,<br><br>    Plaintiffs and Counterdefendants,<br><br>    v.<br><br>NEODENT USA, INC., a Delaware corporation,<br><br>    Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Civil Action No.<br>SACV 14-1322 DOC (DFMx)<br><br>**ORDER GRANTING JOINT STIPULATION OF DISMISSAL [55]**<br><br>Hon. David O. Carter |

Having considered the parties' Joint Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1), and good cause appearing,

**IT IS HEREBY ORDERED THAT:**

The above entitled case is dismissed without prejudice, including all claims and counterclaims currently pending before this Court. Each party shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED:**

Dated: January 3, 2019

*David O. Carter*

Hon. David O. Carter
United States District Court Judge

29678981